CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____   Erie _____   Johnstown __X__

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal
transaction or series of transactions are deemed related).

3:19-cr-32

CATEGORY:
1.   ____ Narcotics and Other Controlled Substances
1a.  ____ Narcotics and Other Controlled Substances
           (3 or more Defendants)
2.   ____ Fraud and Property Offenses
2a.  ____ Fraud and Property Offenses
           (3 or more Defendants)
3.   ____ Crimes of Violence
4.   ____ Sex Offenses
5.   ____ Firearms and Explosives
6.   ____ Immigration
7.   _X__ All Others

Defendant's name:   JAVIER HERRERA-HERNANDEZ

Is Indictment waived:         ____ yes    _X_ no

Pretrial Diversion:           ____ yes    _X_ no

Juvenile proceeding:          ____ yes    _X_ no

Defendant is:                 _X_ Male    ____ Female

Superseding Indictment or
Information:                  ____ yes    _X_ no

   Previous case number: _____

If superseding, previous case was/will be:

   ____ Dismissed on defendant's motion
   ____ Dismissed on government's motion
   ____ After appellate action
   ____ Other (explain)

County in which first
offense cited occurred:       CLEARFIELD

Previous proceedings before
Magistrate Judge:             _____

   Case No.:                  _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | __X__ is in custody  _____ is not in custody |
| Name of Institution: | MOSHANNON VALLEY CORRECTIONAL CENTER |
| Custody is on: | ____ this charge     ____ another charge |
| | __X__ another conviction |
| | ____ State   __X__ Federal |
| Detainer filed: | ____ yes      __X__ no |
| Date detainer filed: | _____ |
| Total defendants: | __1__ |
| Total counts: | __1__ |
| Data below applies to defendant No.: | __1__ |
| Defendant's name: | JAVIER HERRERA-HERNANDEZ |

### SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1791(a)(2) and 1791(b)(1) | Possession of a prohibited object in prison | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: November 12, 2019

ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734